DECEMBER 13, 2004

No. 03–1622.  FOUBERT *v.* LYONS.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Brosseau* v. *Haugen, ante,* p. 194 *(per curiam).*

No. 04A305.  KRONCKE *v.* HOOD ET AL.; and
No. 04A306.  KRONCKE *v.* HOOD ET AL.  Applications for certificates of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. 04A449.  PPG INDUSTRIES, INC. *v.* NELSON, DBA JAMESTON GLASS SERVICE, ET AL.  C. A. 3d Cir.  Application to recall and stay the mandate, addressed to JUSTICE BREYER and referred to the Court, denied.

No. 04M29.  CONYER *v.* UNITED STATES.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 03–388.  BATES ET AL. *v.* DOW AGROSCIENCES LLC.  C. A. 5th Cir.  [Certiorari granted, 542 U. S. 936.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–932.  DURA PHARMACEUTICALS, INC., ET AL. *v.* BROUDO ET AL.  C. A. 9th Cir.  [Certiorari granted, 542 U. S. 936.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–1601.  CITY OF RANCHO PALOS VERDES, CALIFORNIA, ET AL. *v.* ABRAMS.  C. A. 9th Cir.  [Certiorari granted, 542 U. S. 965.]  Motion of petitioners to dispense with printing the joint appendix granted.  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.